EVA K. CONLON, Appellant, *v.* JAMES H. MARSH et al., Respondents, Impleaded with Another.

*Fraud — action to compel reassignment of dower interests on ground that assignor believed assignment to be conditional.*

Conlon v. Marsh, 190 App. Div. 396, affirmed.

(Argued December 16, 1921; decided January 17, 1922.)

APPEAL from a judgment, entered February 5, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought by the plaintiff to compel a re-assignment of her dower interests in three separate properties, known generally as 39 Mott street, Sixteenth street between Eighth and Ninth avenues, and 121 Worth street, in the borough of Manhattan, city of New York, upon the ground that she was induced by the fraud and deceit of the defendant Hosier and the defendant Marsh, her then attorney, to make and deliver absolute assignments of her right of dower in said properties, when, in fact, she intended and believed that she was making and delivering a conditional assignment of her dower rights as collateral security for moneys to be advanced to her by the defendant Hosier.

*Edgar T. Brackett* and *David Steckler* for appellant.

*Frederick N. Van Zandt* and *James H. Marsh* in person, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.